USCA1 Opinion

 

 July 31, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1713  MICHAEL L. LONG, Plaintiff, Appellant, v. PROGRESSIVE CONSUMERS FEDERAL CREDIT UNION, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Michael L. Long on brief pro se. _______________ Michael P. Duffy, Harvey Weiner and Peabody & Arnold on brief for _________________ _____________ ________________ appellee IAG Federal Credit Union. ____________________ ____________________ Per Curiam. Appellee has informed us that ___________ appellant's bankruptcy action was dismissed with prejudice on July 8, 1996; thus this action is no longer affected by the automatic bankruptcy stay. Having carefully reviewed the parties' briefs and the relevant record on this appeal, we conclude that no substantial question is presented. Accordingly, the judgment in favor of IAG Federal Credit Union is summarily affirmed. See Loc. R. 27.1. ________ ___ -2-